UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW JOSEPH DAVIS,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1781, et al.,<br><br>    Defendants. | Case No. 24-cv-08957-SK<br><br>**ORDER TO SHOW CAUSE** |

  On December 18, 2024, the Defendants filed a motion to dismiss and noticed it to be heard on March 3, 2025. (Dkt. No. 7.) Pursuant to Northern District of California Local Rule 7-3(a), Plaintiff's response was due by January 2, 2025. To date, Plaintiff has not filed an opposition brief. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than January 21, 2025, why the Court should not dismiss Plaintiff's claims for lack of prosecution or grant the Defendants' motion as unopposed.

  If Plaintiff seeks to file an untimely opposition brief, he must submit a request to do so showing good cause for the failure to comply with the deadline required by the Local Rules and must submit the proposed opposition brief along with the request. If Plaintiff fails to file a response to this Order to Show Cause by January 21, 2025, the Court will grant the Defendants' motion to dismiss as unopposed and/or dismiss Plaintiff's claims for failure to prosecute without further notice.

  If Plaintiff demonstrates good cause for the delay and seeks to oppose the Defendants' motion to dismiss, the Court will provide the Defendants with an opportunity to file a reply and will continue the hearing on the motion to dismiss, if necessary.

  The Court advises Plaintiff that the district court has produced a guide for *pro se* litigants

called Representing Yourself in Federal Court: A Handbook for *Pro Se* Litigants, which provides instructions on how to proceed at every stage of your case, including discovery, motions, and trial. It is available electronically online (https://perma.cc/ANQ4-N2ZT) or in hard copy free of charge from the Clerk's Office.  The Court additionally has a website with resources for *pro se* litigants (https://www.cand.uscourts.gov/pro-se-litigants/).  The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center.  Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: January 9, 2025



SALLIE KIM
United States Magistrate Judge